Commonwealth *v.* Victor, Appellant.

Submitted November 11, 1968. *Thomas H. Hudson, Jr.,* for appellant; *Joseph E. Kovach,* District Attorney, with him *Conrad B. Capuzzi,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Weaver, Appellant.

Submitted November 11, 1968. *Paul P. Posa,* for appellant; *Herman J. Bigi,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Frey Unemployment Compensation Case.

Argued November 14, 1968. *Edward Frey,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee; *James H. McConomy,* with him *John G. Wayman,* and *Reed, Smith, Shaw & McClay,* for intervenor.

Decision affirmed.

HOFFMAN, J., absent.